Russell D. FAUST, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37563.

Missouri Court of Appeals,
Western District.

May 20, 1986.

Joseph H. Locascio, Sp. Public Defender, Robert A. McNemar, Certified Law Intern, Kansas City, for appellant.

William H. Webster, Atty. Gen., Lee A. Bonine, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).